No. 98–9046. SMITH ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9047. SANCHEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9048. PORTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9049. LAMPKIN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–9050. MAGALLON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9058. ANDERSON v. COYLE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9105. FIELDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–9151. SECRIST v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 98–1149. COTO ET AL. v. J. RAY MCDERMOTT, S. A., ET AL., *ante*, p. 1050;

No. 98–1173. CITY OF ATLANTA v. R. MAYER OF ATLANTA, INC., ET AL., *ante*, p. 1038;

No. 98–1219. RUSSELL v. CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY, *ante*, p. 1050;

No. 98–1231. BANKRUPTCY ESTATE OF UNANUE-CASAL, AKA UNANUE v. GOYA FOODS, INC., ET AL., *ante*, p. 1051;

No. 98–1250. UNANUE-CASAL, AKA UNANUE v. GOYA FOODS, INC., ET AL., *ante*, p. 1051;

No. 98–7366. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 525 U. S. 1158;

No. 98–7607. LEISURE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL., *ante*, p. 1041;

No. 98–7641. SIMS v. UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, *ante*, p. 1023;

No. 98–7773. RAVER v. MCANINCH, WARDEN, *ante*, p. 1041;

No. 98–8079.  LAYTON *v.* GENERAL MOTORS CORP. ET AL., *ante,* p. 1072;

No. 98–8148.  SIDLES *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., *ante,* p. 1055; and

No. 98–8448.  IN RE YOUNGBEAR, *ante,* p. 1049.  Petitions for rehearing denied.

## MAY 25, 1999

No. 98–9143.  COX *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari dismissed under this Court's Rule 46.

No. A–992.  WISE *v.* MISSOURI ET AL.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 98–9540 (A–991).  IN RE WISE.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 98–9527 (A–971).  WISE *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

No. 98–9536 (A–986).  HARPER *v.* PARKER, WARDEN.  C. A. 6th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.  Certiorari denied.

## JUNE 1, 1999

No. 98–8863.  ANTEL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.